```
ARRON CASEY SAND
502 SPANISH ACRES DR
BAY SAINT LOUIS, MS 39520



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-0599



CITI
PO BOX 790040
ST LOUIS, MO 36179



CITI
PO BOX 790040
ST LOUIS, MO 63179



KEESLER FCU
POB 7001
BILOXI, MS 39534



KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534



MIDLAND CREDIT MANAGEM
P.O. BOX 60578
LOS ANGELES, CA 90060



SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965064
ORLANDO, FL 32896
```