Certificate Number: 17082-MSS-DE-039957394

Bankruptcy Case Number: 25-51025



17082-MSS-DE-039957394

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2025, at 9:16 o'clock PM MST, ARRON SAND completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   August 7, 2025                By:   /s/Orsolya K Lazar

                                       Name:  Orsolya K Lazar

                                       Title:  Executive Director