IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

ARRON CASEY SAND                                   NO. 25-51025 KMS

## ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union (DK#_____) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Keesler Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2019 Toyota Camry, VIN 4T1B11HK0KU247267.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/ZACHARY WESSLER, SR
(Signed by Robert Byrd with Trustee's permission granted via email dated 2025.08.14)

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# CERTIFICATE OF TITLE

SAND, ARRON C
247267

Form # 78-001

**STATE OF MISSISSIPPI**  ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 4T1B11HK0KU247267 | TOYT | 2019 | CAMRY | SD | MS2109792512 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS | |
|---|---|---|---|---|---|---|
| 06/30/2022 | | 4 | USED | PC | 9085 ACTUAL | |

**OWNER(S)**
SAND, ARRON CASEY
502 SPANISH ACRES DR
BAY SAINT LOUIS MS 39520-3218

BRANDS

**BENEFICIARY**

**1ST LIENHOLDER**                                                      DATE: 06/10/2022
KEESLER FEDERAL CREDIT UNION "KFCU"
PO BOX 7001
BILOXI MS 39534-7001

**2ND LIENHOLDER**                                                      DATE:

**MAIL TO**
KEESLER FEDERAL CREDIT UNION "KFCU"
PO BOX 7001
BILOXI MS 39534-7001

M184-1

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ (LIENHOLDER)  BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

2ND LIEN _____ (LIENHOLDER)  BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 30TH DAY OF JUNE 2022

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
O 04034017

MISSISSIPPI DEPARTMENT OF REVENUE

**VOID IF ALTERED**