MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: ARRON CASEY SAND                                  Case No.: 25-51025 KMS

                    Debtor(s)                              Chapter: 7

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, KEESLER FEDERAL CREDIT UNION_____, a
                    [Name of Corporate Party]

[Check One]

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

[blank box]

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08/22/2025         /S/ROBERT ALAN BYRD
                         Attorney Signature

                         ROBERT ALAN BYRD          7651
                         Attorney Name             State Bar Number
                         PO DRAWER 1939
                         Address
                         BILOXI, MS  39533
                         City, State, and Zip Code
                         228-432-8123              rab@byrdwiser.com
                         Telephone Number          Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**