United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51025-KMS |
| Arron Casey Sand | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Aug 25, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arron Casey Sand, 502 Spanish Acres Dr, Bay Saint Louis, MS 39520-3218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 27, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arron Casey Sand trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 4



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 25, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

ARRON CASEY SAND                NO. 25-51025 KMS

## ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union (DK# 13 ) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Keesler Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2019 Toyota Camry, VIN 4T1B11HK0KU247267.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/ZACHARY WESSLER, SR
(Signed by Robert Byrd with Trustee's permission granted via email dated 2025.08.14)

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# CERTIFICATE OF TITLE

**STATE OF MISSISSIPPI** — **ORIGINAL**

Form # 79-001

SAND, ARRON C
247267

TITLE TEXT (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 4T1B11HK0KU247267 | TOYT | 2019 | CAMRY | 5D | MS2109792512 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 06/30/2022 | | 4 | USED | PC | 9085 ACTUAL |

**OWNER(S)**
SAND, ARRON CASEY
602 SPANISH ACRES DR
BAY SAINT LOUIS MS 39520-3218

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER** — DATE: 06/10/2022
KEESLER FEDERAL CREDIT UNION "KFCU"
PO BOX 7001
BILOXI MS 39534-7001

**2ND LIENHOLDER** — DATE:

**MAIL TO**
KEESLER FEDERAL CREDIT UNION "KFCU"
PO BOX 7001
BILOXI MS 39534-7001

M164-1

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

2ND LIEN _____ BY _____
(LIENHOLDER)    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 30TH DAY OF JUNE 2022

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
O 0403407

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED